NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZIRCON CORPORATION,**
*Plaintiff-Appellant,*

v.

**STANLEY BLACK & DECKER, INC. (FORMERLY THE STANLEY WORKS),**
*Defendant-Appellee.*

---

2010-1405

---

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-0042, Magistrate Judge Elizabeth D. LaPorte.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the motion to reform the official caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

<u>MAR 0 7 2011</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Clark S. Stone, Esq.
    Bryan P. Collins, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 7 2011

JAN HORBALY
CLERK